IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIRK S. PETERSEN,                                    CV. 06-1788-MA

        Petitioner,                                  ORDER

  v.

ROBERT O. LAMPERT,

        Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#30) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 23__ day of July, 2008.

                                      _/s/  Malcolm F. Marsh_____
                                      Malcolm F. Marsh
                                      United States District Judge

1 -- ORDER